**Dennis H. LIST, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 02–7387.**

United States Court of Appeals, Federal Circuit.

Oct. 24, 2002.

ORDER

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Glada P. PEARCE, Claimant– Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 02–7389.**

United States Court of Appeals, Federal Circuit.

Oct. 24, 2002.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.